IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 02-cv-00775-JLK

SIEVERS INSTRUMENTS, INC., a Colorado corporation,

    Plaintiff,

v.

HACH COMPANY, a Delaware corporation, and
ANATEL CORPORATION, a Delaware corporation and
division of HACH COMPANY,

    Defendants.
_____

ORDER OF DISMISSAL
_____

Kane, J.

    Having reviewed the Stipulation for Dismissal (Doc. #92), filed July 23, 2008, by Plaintiff Sievers Instruments, Inc. and Defendants Hach Company and Anatel Corporation, and being otherwise fully advised in the premises,

    I HEREBY ORDER THAT all claims and counterclaims asserted by the parties in this action are hereby dismissed with prejudice, each party to pay its own attorney fees, costs and expenses.

    Dated this 28th day of July, 2008.

                                          s/ John L. Kane
                                          John L. Kane, Senior District Judge
                                          United States District Court